UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
JAMES M. PAUL and
CHARLENE F. PAUL,

                    Debtors.

CASE NO. 9:13-bk-05229-FMD
CHAPTER 7

_____/

MARK MANTA,

                    Plaintiff,

v.

ADV. PRO NO. 9:13-ap-00651-FMD

JAMES M. PAUL and
CHARLENE F. PAUL,

                    Defendants.

_____/

### NOTICE OF UNAVAILABILITY

NOTICE IS HEREBY GIVEN that the undersigned attorney will be on vacation from October 7 through October 23, 2013.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, Robert E. Tardif, Jr., Trustee, P.O. Box 2140, Fort Myers, FL 33902, Jonathan M. Bierfeld, Esquire, Martin Law Firm, P.L., 3701 Del Prado Boulevard S, Cape Coral, FL 33904 and Mr. and Mrs. James M. Paul, 25634 South Kensington Lane, Monee, IL 60449, by first class U.S. Mail, postage fully prepaid or by electronic notice, this __28__ day of __August__, 2013.

MILLER AND HOLLANDER
Attorneys for Defendants
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone (239) 775-2000
Facsimile (239) 775-7953

By: _____
    RICHARD J. HOLLANDER
    Florida Bar No. 884900

M:\USERS\RUTH\J M Paul.notice of unavailability.wpd