UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

James M. Paul

and

Charlene F. Paul,

Debtor(s).

_____/

Mark Manta,
Plaintiff,
vs.
James M. Paul
and
Charlene F. Paul,
Defendant(s).

_____/

Case No.: 9:13-bk-05229-FMD

Chapter 7

Adv. No. 9:13-ap-00651-FMD

## AGREED STIPULATION OF DISMISSAL OF
## COMPLAINT OBJECTING TO INDEBTEDNESS (11 U.S.C. § 523)

COME NOW, the Plaintiff Mark Manta, and Defendants James and Charlene Paul, by and through their undersigned attorneys, pursuant to Rule 7041, and hereby jointly stipulate to the Dismissal of the Complaint Objecting to Dischargeability of Indebtedness (11 U.S.C. § 523) filed on July 29, 2013. (Doc No. 1). The parties further stipulate to the joint dismissal to all claims asserted by any pleading entered or filed in the above-captioned adversary proceeding. Accordingly, pursuant to Rule 7041, the above-captioned adversary proceeding is dismissed.

Jonathan M. Bierfeld, Esq.
Fla. Bar No. 68237

Richard J. Hollander, Esq.
Fla. Bar No. 884900

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Complaint Objecting to Indebtedness has been furnished either electronically or by U.S. Mail to the U.S. Trustee at 501 East Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 7 Trustee, Robert E. Tardif, Jr., PO Box 2140, Fort Myers, FL 33902; Attorney for Debtors, Richard J. Hollander, Miller & Hollander, 2430 Shadowlawn Dr., Ste 18, Naples, FL 34112, Plaintiff Mark Manta, 13249 Lahinch Drive, Orland Park, IL 60462, and Defendants/Debtors James and Charlene Paul, 25634 South Kensington Lane, Monee, IL 60449.

> MARTIN LAW FIRM, P.L.,
> By /s/ Jonathan M. Bierfeld
>     Jonathan M. Bierfeld
>     Florida Bar Number 68237
>
> 3701 Del Prado Boulevard S.
> Cape Coral, Florida 33904
> (239) 443-1094 (Telephone)
> (239) 443-1168 (Facsimile)
> jonathan.bierfeld@martinlawfirm.com
> *Attorneys for Plaintiff*

2